FILED
JUN 15 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

14-30024
6/10/20

Hello, my name is Belinda Young, I am writing to request a Public Defender be appointed to me to file a motion under 3582(c)(1)(A) for Compassionate Release due to my health problems that will cause me to experience serious complications if I contract COVID-19.

Can you also provide me with the contact information for the Federal Public Defender of this District Court.

Thank you
Belinda Young
11425-026

P.S. I am including the letter I sent to the warden and the letter of denial.

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) McEntzel, Warden | DATE: 4/9/20 |
|---|---|
| FROM: Belinda Young | REGISTER NO.: 11425-026 |
| WORK ASSIGNMENT: orderly | UNIT: Kansas |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

My name is Belinda Young and I am an inmate currently housed at the FPC-Pekin. This letter serves as my request for compassionate release in accordance with Program Statement 5050.49, "Compassionate Release/Reduction in Sentence": Procedures for Implementation of 18 U.S.C. § 3582 (c)(1)(A). Based upon the recently passed CARES Act, the Coronavirus Relief Act, and the directives of Attorney General William Barr (3/26/20 + 4/3/20), I am seeking your consideration for relief under the new legislation in the form of a

page 1

(Do not write below this line)

DISPOSITION:




Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
                                        and BP-S148.070 APR 94

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr Entzel Warden | DATE: 4/9/20 |
|---|---|
| FROM: Belinda Young | REGISTER NO.: 11425-026 |
| WORK ASSIGNMENT: orderly | UNIT: Kansas |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

transfer to home confinement to complete my sentence. According to the CDC guidelines, I am an at risk person to develop serious complications if I contract COVID-19. I have underlying health problems, one of which is development of blood clots in my lungs and legs. Since my incarceration I developed these clots and had to be transferred from Waseca to the medical facility of Carswell. I am 58 years old and will have to take the medication Eliquis for the rest of my life. I have been incarcerated since 2014 with an out date of

page 2

(Do not write below this line)

DISPOSITION:


Signature Staff Member                                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

```
P-S148.055  INMATE REQUEST TO STAFF CDFRM
EP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) Mr Entzel - Warden | DATE: 4/9/20 |
|---|---|
| FROM: Belinda Young | REGISTER NO.: 11425-026 |
| WORK ASSIGNMENT: orderly | UNIT: Kansas |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

2022, however once I turn 60 in 2021, I will be eligible for the Elderly release program. I'm a non-violent person, have had zero disciplinary incidents for my entire incarceration, and I am a student in GED classes, which I will continue once released. My children, grandchildren, and great grandchildren are very concerned about my risks of contracting COVID-19 while here. We live in very close quarters and if you grant my transfer to home confinement, I have a safe environment to reside in with my

page 3

(Do not write below this line)

DISPOSITION:




Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)           This form replaces BP-148.070 dated Oct 86
                                               and BP-S148.070 APR 94

```
BP-S148.055    INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO:(Name and Title of Staff Member) Mr Entzel Warden | DATE: 4/9/20 |
|---|---|
| FROM: Belinda Young | REGISTER NO.: 11425-026 |
| WORK ASSIGNMENT: Orderly | UNIT: Kansas |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

daughter Ranika Young, at 92 Mesa Rd, Apt C, Springfield, IL 62702.

This petition is specifically made based upon "extraordinary and compelling" reasons as set forth in the First Step Act (FSA) of 2018, which permits a prisoner's sentence to be reduced based upon demonstrated rehabilitation which shows that he/she is no threat to the community. As noted by at least one court "When a defendant brings a motion for a sentence reduction under the amended provision, the court can determine whether any

pg. 4

(Do not write below this line)

DISPOSITION:

Signature Staff Member            Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
                                        and BP-S148.070 APR 94

BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member)    DATE: 4/9/20
Mr. Entzel Warden
FROM: Belinda Young                      REGISTER NO.: 11425-026
WORK ASSIGNMENT: Orderly                 UNIT: Kansas

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

extraordinary and compelling reasons, other than those delineated in U.S.S.G. §1B1.13 cmt. n.1(A)(C) warrant granting relief." United States v. Cantu, No. 1:05-CR-458, 2019 WL 2498923 (S.D Tex June 17, 2019).

Thank you,
Belinda Young
11425-026

pg. 5

(Do not write below this line)

DISPOSITION:

Signature Staff Member      Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

RESPONSE TO INMATE REQUEST TO STAFF MEMBER
YOUNG, Belinda
Reg. No. 11425-026

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          5/5/20
F. Entzel, Warden                Date

Belinda Young 11425-026
Federal Prison Camp
P.O. Box 5000
Pekin, IL 61555

PEORIA IL 616
POSTAGE
13 JUL 2020 PM 2 T
POSTAGE DUE .15

U.S. District Court
Attn: Clerk
600 E. Monroe St. #226
Springfield, IL 62701